UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| **ACUITY, A MUTUAL INSURANCE COMPANY** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **REED & ASSOCIATES OF TN, LLC, JUSTIN MCKEE, and JACQUELYN MCKEE** | **CASE NO: 15-2140-A** |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Denying Plaintiff's Motion For Summary Judgment And Granting Defendant's Cross-Motion For Summary Judgment Regarding The Duty To Defend entered on August 19, 2015, this cause is hereby dismissed.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 8/24/2015

                                                    THOMAS M. GOULD
                                                    Clerk of Court

                                                    s/Terry L. Haley
                                                  (By)   Deputy Clerk