## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## AT MEMPHIS

| | | |
|---|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 2:15-cv-02140-JPM-cgc |
| | ) | Judge S. Thomas Anderson |
| REED & ASSOCIATES OF TN, LLC, JUSTIN MCKEE, and JACQUELYN MCKEE, | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF APPEAL

Notice is hereby given that Acuity, A Mutual Insurance Company, hereby appeals to the United States Court of Appeals for the Sixth Circuit from an Order denying its Motion for Summary Judgment and granting defendant, Reed & Associates of TN, LLC's Cross-Motion for Summary Judgment entered in this action on the 19th day of August, 2015, and the Judgment entered on the 24th day of August, 2015.

Respectfully submitted,

_s/ E. Jason Ferrell_
**PARKS T. CHASTAIN**
Registration No. 13744
**E. JASON FERRELL**
Registration No. 24425
Attorneys for Plaintiff, Acuity, A Mutual Insurance Company

**BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
P. O. Box 23890
Nashville, TN  37202-3890
(615) 256-8787, Ext. 114
DIRECT:  (615) 630-7717

pchastain@bkblaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of August, 2015, a true and correct copy of the foregoing NOTICE OF APPEAL was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this file through the court's electronic filing system.

Nicholas J. Owens, Jr., Esquire
Attorney at Law
214 Adams Avenue
Memphis, TN 38103

Bill M. Wade, Esquire
The Cochran Firm
One Commerce Square, Suite 170
40 S Main
Memphis, TN 38103-2514

        _s/ E. Jason Ferrell_____
        **E. JASON FERRELL**

EJF:dmt

AU Reed & Assoc Not Appeal 150824
0336 30274