# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 19, 2016

Mr. Parks Tedford Chastain
Brewer, Krause, Brooks, Chastain & Burrow
611 Commerce Street
Nashville, TN 37203

Mr. Edward Jason Ferrell
Brewer, Krause, Brooks, Chastain & Burrow
611 Commerce Street
Nashville, TN 37203

Mr. Nicholas Joseph Owens Jr.
Owens Law Firm
214 Adams Avenue
Memphis, TN 38103

Mr. Bill M. Wade
The Cochran Firm
40 S. Main Street
Memphis, TN 38103

Re:   Case No. 15-6026, *Acuity Mutual Insur Co v. Reed & Assoc of TN, LLC, et al*
       Originating Case No. : 2:15-cv-02140

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                         Sincerely yours,

                                         s/Connie A. Weiskittel
                                         Mediation Administrator

cc:  Mr. Thomas M. Gould

Enclosure

No mandate to issue

Case No. 15-6026

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

ACUITY MUTUAL INSURANCE COMPANY

    Plaintiff - Appellant

v.

REED & ASSOCIATES OF TN, LLC; JUSTIN MCKEE; JACQUELYNE MCKEE

    Defendants - Appellees

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                  **ENTERED PURSUANT TO RULE 33,**
                                  **RULES OF THE SIXTH CIRCUIT**
                                  Deborah S. Hunt, Clerk

Issued: January 19, 2016